UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| BANKRUPTCY ESTATE OF ) | | |
| DONALD BULL, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. 2:05 CV 462 PS | |
| ) | | |
| ASSET ACCEPTANCE, LLC and GREENE ) | | |
| AND COOPER, PSC, ) | | |
| ) | | |
| Defendants. ) | | |

**OPINION AND ORDER**

Donald Bull filed this lawsuit alleging that the attorney's fee that Greene and Cooper has attempted to collect from him is unreasonable. He alleged that an unreasonable attorney's fee violates the Fair Debt Collection Practices Act. Because this Court disagreed with this assertion, it dismissed his amended complaint on August 15, 2006. [Docket No. 25.] However, the Court dismissed the case without prejudice to allow Plaintiff to file an amended complaint to the extent he believed he could state a valid claim consisted with the Court's opinion. On September 14, 2006, Plaintiff filed his Second Amended Complaint. [Docket No. 26.] But that complaint was virtually a carbon copy of the complaint that had been dismissed, adding nothing to the factual basis for this case. Therefore, Plaintiff's Second Amended Complaint can only be read to state a claim if the Court changes its mind with respect to its legal analysis of the FDCPA. This the Court declines to do. For this reason, Defendants' motions to dismiss [Docket Nos. 27, 38] are **GRANTED**, and this case is dismissed with prejudice.

**SO ORDERED.**

ENTERED:  March 27, 2007

                                                 s/ Philip P. Simon
                                                 PHILIP P. SIMON, JUDGE
                                                 UNITED STATES DISTRICT COURT